```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-19-25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

           - v. -

HAROLD FIELDS,

                        Defendant.
------------------------------------------------------------------- x

17-CR-00021 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    A Violation of Supervised Release Hearing is set for **August 26, 2025,** at **3:00 p.m.**

SO ORDERED.

Dated:    New York, New York
             August 19, 2025

                                       _____
                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**