```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-28-25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

UNITED STATES OF AMERICA,

- v. -

17-CR-21 (ALC)

ORDER

HAROLD FIELDS,

                           Defendant.

-------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

    A Violation of Supervised Release Hearing is set for **September 4, 2025,** at **3:00 p.m.**

SO ORDERED.

Dated:    New York, New York
           August 28, 2025

                                             **ANDREW L. CARTER, JR.**
                                             **United States District Judge**