MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 26, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/1/25__

**By ECF**
Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *United States v. Harold Fields*, 17 Cr. 21-08 (ALC)

Dear Judge Carter:

The Government respectfully submits this letter further to the Court's October 10, 2025 order scheduling a conference in this violation of supervised release proceeding for December 2, 2025.  (Dkt. 652.)

As described in the Government's October 8, 2025 letter (Dkt. 651), the violation petition stems from three New York State criminal cases, one of which remains pending.  In the pending case, the defendant last appeared in court on November 17, 2025.  *See* Case No. CR-017686-25BX. The next conference is scheduled for January 9, 2026.

In light of the foregoing, the parties jointly respectfully request that the Court adjourn the conference currently scheduled for December 2, 2025 to a date after the defendant's January 9, 2026 conference in Bronx County Criminal Court.  The Probation Office does not object to this request.

The application is **GRANTED**.  The Violation of Supervised Release Hearing is adjourned to 1/22/26 at 12 noon. So Ordered.

*[signature]* 12/1/25

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: *[signature]* _____
Frank J. Balsamello
Kevin Grossinger
Matthew J. C. Hellman
Assistant United States Attorneys
Southern District of New Yorks
(212) 637-2325/2426/2278

CC:  All counsel (by ECF)