**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 23, 2026

**By ECF**
Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/24/26__

    Re:    *United States v. Harold Fields*, No. 17 Cr. 21-08 (ALC)

Dear Judge Carter:

    The Government respectfully submits this letter with the consent of defendant Harold Fields to seek an adjournment of the conference in this violation of supervised release proceeding currently scheduled for March 26, 2026.

    As described in the Government's prior letters (Dkt. 651, 654, 656), the violation petition stems from three Bronx Supreme Court cases, two of which were concluded in April and June 2025 following the defendant's guilty pleas, and the third of which was dismissed in January 2026 pursuant to New York Penal Law § 30.30.   After the dismissal of the third case, the Government obtained the case file from the Bronx District Attorney's Office and the New York City Police Department.  On March 9 and March 16, 2026, the Government produced discovery with respect to all three cases.

    In light of the foregoing, the parties jointly respectfully request that the Court adjourn the conference scheduled for March 26, 2026 to a date the week of April 27, 2026 or thereafter, including to allow the defendant to review discovery and to permit the parties to continue discussions regarding a potential resolution.

The application is **GRANTED**.  The Violation of Supervised Release Hearing is adjourned to 4/30/26 at 12:30 p.m.
So Ordered.

*[signature]*

**3/24/26**

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: *[signature]*
Frank J. Balsamello
Kevin Grossinger
Matthew J. C. Hellman
Assistant United States Attorneys
Southern District of New Yorks
(212) 637-2325/2426/2278

CC:  All counsel (by ECF)